UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CYNTHIA LEE TAYLOR,

        Plaintiff,

vs.                                   Case No. 3:14-cv-1100-J-34JBT

AMERICAN RED CROSS,

        Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court sua sponte. On September 10, 2014, Plaintiff initiated the instant action by filing a one-count Complaint (Doc. 1) against Defendant. In the Complaint, Plaintiff asserts that the Court has diversity jurisdiction over this action because Plaintiff and Defendant are citizens of different states. See Complaint at 1. On September 19, 2014, the Court entered an Order to Show Cause questioning its diversity jurisdiction over this action. See Order to Show Cause (Doc. 4). Plaintiff filed a response to the Order to Show Cause on September 30, 2014. See Response (Doc. 5). However, upon further review, the Court finds that it need not determine whether diversity jurisdiction is proper because it appears that federal courts have original jurisdiction over cases to which the American Red Cross is a party. See Am. Nat'l Red Cross v. S.G & A.E., 505 U.S. 247, 248 (1992). As the American Red Cross is a Defendant to this action, the Court has subject matter jurisdiction over this case. Id. Therefore, the Court will discharge the Order to Show Cause and direct Plaintiff to effect service of process on Defendant in accordance with Rule 4, Federal Rules of Civil Procedure. Accordingly, it is

**ORDERED**:

1. The Court's Order to Show Cause (Doc. 4) is **DISCHARGED**.

2. Plaintiff shall effect service of process on Defendant in accordance with Rule 4, Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Jacksonville, Florida on October 7, 2014.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties